TORGER OAAS
ATTORNEY AT LAW
618 West Main; Suite 201
Post Office Box 76
Lewistown, Montana 59457
(406) 538-2338
oaaslaw@midrivers.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEPHANIE CATARAHA, as the personal representative of the Estate of STEPHEN HAMILTON,<br><br>Plaintiff,<br><br>vs.<br><br>ELEMENTAL PRISM, LLC, Herb Stomp,<br><br>Defendants. | CV-17-128-GF-BMM<br><br>**DECLARATION OF STEPHANIE CATARAHA** |

Stephanie Cataraha states and declares as follows:

1. My name is Stephanie Cataraha and I live in Santa Ana, California. Stephen Hamilton was my brother. We were very close. I am the personal representative of his estate. My parents live in Lewistown, Montana.

-1-

2. I know from personal observation that my brother had been taking Kratom for about a year prior to his death. He would usually drink it with diet coke or water.

3. He took Kratom for pain relief.

4. After his death, I found email records of his Kratom purchases from Herb Stomp. I gave these emails to Torger Oaas.

5. Copies of these records are attached to this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15 day of March, 2018.

*Stephanie Cataraha*
STEPHANIE CATARAHA