**oaaslaw@midrivers.com**

| | |
|---|---|
| **From:** | "Stephen Hamilton" <stevehamilton.78.mt@gmail.com> |
| **Date:** | Wednesday, July 26, 2017 8:43 PM |
| **To:** | "Torger Oais" <oaaslaw@midrivers.com> |
| **Subject:** | HAMILTON 01/05/2017 Receipt for order #1-56302 |

JANUARY 5 2017

Sent from my iPhone

Begin forwarded message:

> **From:** "Herb Stomp (Elemental Prism, LLC)" <herbstompteam@gmail.com>
> **Date:** January 5, 2017 at 4:45:30 PM PST
> **To:** stevehamilton78mt@gmail.com
> **Subject: Receipt for order #1-56302**

# Herb Stomp (Elemental Prism, LLC)

ORDER #1-56302

## Thank you for your purchase!

### Order Summary

**White Thai × 1**
1 Kg                                           $150.00

**Priority × 1**
13 oz. >                                        $6.00

| | |
|---|---|
| Subtotal | **$156.00** |
| Shipping | **$0.00** |

Total     **$156.00 USD**

If you have any questions, reply to this email or contact us at herbstompteam@gmail.com

7/27/2017

## oaaslaw@midrivers.com

**From:** "Stephen Hamilton" <stevehamilton.78.mt@gmail.com>
**Date:** Wednesday, July 26, 2017 8:44 PM
**To:** "Torger Oais" <oaaslaw@midrivers.com>
**Subject:** Fwd: Herb stomp address

Sent from my iPhone

Begin forwarded message:

> **From:** "HERBSTOMP.COM" <herbstompteam@gmail.com>
> **Date:** January 9, 2017 at 12:28:01 PM PST
> **To:** Stephen Hamilton <stevehamilton78mt@gmail.com>
> **Subject: Herb stomp address**
>
> 3901 se belmont
> portland OR
> 97214
>
> Sorry about the mistake, it'll be in the mail this afternoon
> --
> Cheers,
>
> Herb Stomp Team

**oaaslaw@midrivers.com**

| | |
|---|---|
| From: | "Stephen Hamilton" <stevehamilton.78.mt@gmail.com> |
| Date: | Wednesday, July 26, 2017 8:44 PM |
| To: | "Torger Oais" <oaaslaw@midrivers.com> |
| Subject: | HAMILTON 01/31/2017: Order #57668 confirmed |

JANUARY 31, 2017

Sent from my iPhone

Begin forwarded message:

> **From:** "Herb Stomp (Elemental Prism, LLC)" <herbstompteam@gmail.com>
> **Date:** January 31, 2017 at 12:55:36 PM PST
> **To:** stevehamilton78mt@gmail.com
> **Subject: Order #57668 confirmed**

# Herb Stomp (Elemental Prism, LLC)

ORDER #57668

## Thank you for your purchase!

View your order

### Order summary

| | |
|---|---|
| **Yellow Vein × 1**<br>1 KG | $150.00 |
| **Priority × 1**<br>13 oz. > | $6.00 |
| Subtotal | **$156.00** |
| Shipping | **$0.00** |

7/27/2017

|       |             |
|-------|-------------|
| Total | **$156.00 USD** |

## Customer information
Billing address
Steven Hamilton

Portland, Oregon
United States

Payment method
Credit 3 — **$156.00**

If you have any questions, reply to this email or contact us at herbstompteam@gmail.com

7/27/2017

## oaaslaw@midrivers.com

| | |
|---|---|
| From: | "Stephen Hamilton" <stevehamilton.78.mt@gmail.com> |
| Date: | Wednesday, July 26, 2017 8:45 PM |
| To: | "Torger Oais" <oaaslaw@midrivers.com> |
| Subject: | HAMILTON 1/30/17 Fwd: Your order has been shipped! |

Sent from my iPhone

Begin forwarded message:

> **From:** "Elemental Prism LLC" <tracking@shipstation.com>
> **Date:** January 30, 2017 at 1:12:03 PM PST
> **To:** stevehamilton78mt@gmail.com
> **Subject: Your order has been shipped!**
> **Reply-To:** tracking@shipstation.com
>
> Dear Stephen Hamilton,
>
> Thank you for your order from **Manual Orders!** We wanted to let you know that your order (#18012) was shipped via USPS, USPS Priority Mail Express on 1/30/2017.  You can track your package at any time using the link below.
>
> **Shipped To:**
> Stephen Hamilton
> 1217 W BROADWAY ST
> LEWISTOWN, MT 59457-2320 US
>
> **Track Your Shipment:** 9470111699000330308004
>
> This shipment includes the following items:
>
> | Item # | Description | Qty |
> |---|---|---|
> | | | |
>
> **Thank you for your business and we look forward to serving you in the future!**
>
> **Elemental Prism LLC**
> **Phone:**
> **Email:**
> **Website:**

7/27/2017

## oaaslaw@midrivers.com

**From:** "Stephen Hamilton" <stevehamilton.78.mt@gmail.com>
**Date:** Wednesday, July 26, 2017 8:46 PM
**To:** "Torger Oais" <oaaslaw@midrivers.com>
**Subject:** HAMILTON. 3/4/2017 Fwd: Your order has been shipped!

March 4, 2017

Sent from my iPhone

Begin forwarded message:

> **From:** "Elemental Prism LLC" <tracking@shipstation.com>
> **Date:** March 4, 2017 at 11:35:09 AM PST
> **To:** stevehamilton78mt@gmail.com
> **Subject: Your order has been shipped!**
> **Reply-To:** tracking@shipstation.com
>
> Dear Stephen Hamilton,
>
> Thank you for your order from **Manual Orders!** We wanted to let you know that your order (#18236) was shipped via USPS, USPS Priority Mail on 3/4/2017. You can track your package at any time using the link below.
>
> **Shipped To:**
> Stephen Hamilton
> 1217 W BROADWAY ST
> LEWISTOWN, MT 59457-2320 US
>
> **Track Your Shipment:** 9405511699000770334704
>
> This shipment includes the following items:
>
> | Item # | Description | Qty |
> |---|---|---|
>
> **Thank you for your business and we look forward to serving you in the future!**
>
> **Elemental Prism LLC**
> **Phone:**
> **Email:**
> **Website:**

7/27/2017

**oaaslaw@midrivers.com**

| | |
|---|---|
| From: | "Stephen Hamilton" <stevehamilton.78.mt@gmail.com> |
| Date: | Wednesday, July 26, 2017 8:49 PM |
| To: | "Torger Oais" <oaaslaw@midrivers.com> |
| Subject: | **HAMILTON 3/23/17 Fwd: Your order has been delivered! |

Please note this is final order and was delivered March 23 2017. So less than 48hrs before his death.

Sent from my iPhone

Begin forwarded message:

> **From:** "Elemental Prism LLC" <tracking@shipstation.com>
> **Date:** March 23, 2017 at 9:50:39 PM PDT
> **To:** stevehamilton78mt@gmail.com
> **Subject: Your order has been delivered!**
> **Reply-To:** tracking@shipstation.com
>
> Dear Stephen Hamilton,
>
> We wanted to let you know that your order (#phone ) was delivered via USPS, according to the tracking information below:
>
> **Delivered To:**
> Stephen Hamilton
> 1217 W BROADWAY ST
> LEWISTOWN, MT 59457-2320 US
>
> **Tracking Link:** 9405511699000240012392
>
> This shipment included the following items:
>
> | Item # | Description | Qty |
> |---|---|---|
> | | | |
>
> **Thank you for your business. If there's anything we can do to improve your experience, please let us know!**
>
> **Elemental Prism LLC**
> **Phone:**
> **Email:**
> **Website:**

7/27/2017