# DEPARTMENT OF JUSTICE
## FORENSIC SCIENCE DIVISION

Tim Fox  
Attorney General

2679 Palmer Street  
Missoula, MT  59808

  

## POSTMORTEM EXAMINATION REPORT

NAME: Stephen Lynn Hamilton           CASE #: B17-062           Complete autopsy

AGE: 38           RACE: Caucasian           GENDER: Male

DATE & TIME OF POSTMORTEM EXAMINATION: Monday, March 27, 2017 at 1000

AUTOPSY ASSISTANT: Heather Beeler

### PATHOLOGIC DIAGNOSES

I. Mitragynine intoxication
   A. Pulmonary congestion and edema

II. History of diabetes
   A. Insulin infusion pump

III. Hypertensive and arteriosclerotic cardiovascular disease
   A. Heart weight 479 grams, expected weight for body length 346 grams, +/- 40 grams
   B. Focal 25% occlusion, proximal left anterior descending coronary artery

IV. Incidental bilateral renal lithiasis

V. Postmortem toxicologic examination positive findings:
   A. Mitragynine 2500 ng/mL quantitated in blood
   B. Diphenhydramine detected in blood and urine
   C. Gabapentin detected in urine
   D. See separate toxicology report

FERGUS COUNTY CORONER  
DISSEMINATE ONLY IN ACCORDANCE  
WITH MCA AND HIPPA

Name: Stephen Hamilton

COPY

Case number: B17-062

CAUSE OF DEATH: Mitragynine intoxication
OTHER SIGNIFICANT CONDITIONS: Hypertensive and arteriosclerotic cardiovascular disease.

MANNER OF DEATH: Accident

_Robert A. Kurtzman_ [signature] Date: May 12, 2017
Robert A. Kurtzman, D.O.
MONTANA STATE MEDICAL EXAMINER

**CONFIDENTIAL**

## CIRCUMSTANCES OF DEATH AND OPINION

The decedent is a 38 year-old male who was discovered unresponsive on the floor next to his bed. Per report he had a history including: diabetes, drug use, alcohol use and had recent foot surgery. Postmortem examination revealed a bite mark of the tongue and slight enlargment of the heart consistent with hypertensive cardiovascular disease. Postmortem toxicologic examination revealed a high Mitragynine concentration in the blood. Mitragynine is a compound with opioid like activity that is found in Kratom leaves. The intoxication is most consistent with the unintended (accidental) consequence of Kratom use; therefore, based on the current information the manner of death is classified as accident.

## POSTMORTEM EXAMINATION

At the request of Dick Brown, Fergus County Coroner, an autopsy is performed on the body of Stephen Lynn Hamilton at the Montana State Department of Justice Forensic Science Division Laboratory in Billings, Montana at St. Vincent Hospital on Monday, March 27, 2017 at 1000.

## RADIOGRAPHS
- No radiographs are obtained.

## CLOTHING
- The body is received clad in:
- Black sweat pants
- Gray knee brace (left)
- Red boxer briefs
- Blue t-shirt

## EXTERNAL EXAMINATION

The body is that of a normally developed, slightly overweight male who appears appropriate for the reported age. The body length is 72 inches and the weight is 204 pounds (BMI 27.7). The body is well-preserved in the absence of embalming. Except in areas exposed to pressure, livor mortis is posterior and fixed. Rigor mortis is complete in the jaw and extremities. The head is normocephalic and the scalp is covered by wavy brown hair up to 1.5 inches long. The decedent has a beard and

2

Name: Stephen Hamilton

Case number: B17-062

moustache. The ears are normally formed. The left earlobe is pierced twice. The eyes are blue and the corneae are clear. The sclera and conjunctivae are normal. There are no petechiae on the conjunctivae or sclerae. The periorbital regions are unremarkable. The nose is normally formed. The teeth are natural and there are no focal lesions on the oral or buccal mucosae. Blood is present in the mouth. The neck, chest and abdomen have normal contour without deformity. All four extremities are present and are normally developed. The penis is circumcised and the testicles are descended.

## IDENTIFYING MARKS AND SCAR(S)
- Left knee: scar
- Left dorsal wrist: 2 scars
- Lumbar midline: scar
- Right dorsal wrist: 2 scars
- Right dorsal foot: recent healing defect

## EVIDENCE OF MEDICAL INTERVENTION
- Insulin pump right lower abdomen quadrant.

## EVIDENCE OF INJURY
- Left shin: ½ inch abrasion
- Left side of neck: ½ inch abrasion

**CONFIDENTIAL**

## INTERNAL EXAMINATION

### BODY CAVITIES

The body is opened utilizing a Y-incision. The adipose tissue is bright yellow and the cut surface is unremarkable. The underlying skeletal muscle is unremarkable. The contents of the thorax and abdomen are present in their usual location and have normal anatomic relationship. The pleura and peritoneum are smooth and there is no abnormal free fluid or free air.

### CENTRAL NERVOUS SYSTEM

The scalp is reflected in the usual manner and there are no contusions. The calvarium is intact without fracture. The dura is soft and pliable and there are no focal lesions. The leptomeninges are clear and the brain is 1523 grams. There is no swelling, midline shift or herniation. The gyri and sulci are normally formed. The vessels at the base of the brain and cranial nerves are normally formed. There are no thrombi in the venous sinuses. The cut surface of the cortex, white matter, central gray matter, brain stem and cerebellum are unremarkable. The ventricular system is normally formed and is not enlarged.

### NECK ORGANS

The lingual surface is normal except for a bite mark at the tip. The epiglottis is not enlarged and the laryngeal mucosa is smooth. There is no hemorrhage on the cut surface of the laryngeal mucosa and

3

FERGUS COUNTY CORONER
DISSEMINATE ONLY IN ACCORDANCE
WITH MCA AND HIPPA

Name: Stephen Hamilton                                         Case number: B17-062

there are no foreign objects in the upper airway. The thyroid cartilage, thyroid cornu and hyoid bone are intact. The strap muscles of the neck are unremarkable. The anterior cervical fascia is normal.

## CARDIOVASCULAR SYSTEM

The aorta is normally developed and has normal distribution. There is no significant atherosclerosis of the aorta. The venae cavae are unremarkable. The pericardial sac lining is smooth and the pericardial fluid is not increased. The epicardium of the heart is smooth and unremarkable and the heart is 479 grams. The great vessels arise in the usual manner and the right and left atrium are normally formed. The right and left ventricles are normally formed. The right ventricle, septum and left ventricle myocardium are 0.5 cm, 1.6 cm and 1.8 cm thick respectively. There are no focal lesions on the endocardium or cut surface of the myocardium. The cardiac valves are normally formed, soft and pliable without calcifications, vegetations or fibrosis. The coronary arteries are normally formed, are right side dominant and have normal distribution. The proximal left anterior descending coronary artery has approximately 25% occlusion due to atherosclerotic plaque. There is no other significant coronary artery atherosclerosis.

## RESPIRATORY SYSTEM

**CONFIDENTIAL**

The right and left lungs are 892 and 768 grams, respectively. Both lungs have normal lobulation and the pleura is smooth dark pink-red with slight anthracosis. There are no focal lesions on the pleura. The cut surface of the pulmonary parenchyma is congested and exudes serous froth. The bronchi and pulmonary vasculature are normally formed. There are no pulmonary thromboemboli. The bronchial mucosa is normal. There are no foreign objects in the upper or lower airways.

## GASTROINTESTINAL SYSTEM

The esophagus traverses the posterior mediastinum in the usual manner before passing through the intact diaphragm and connecting with the stomach. The stomach contains 50 milliliters of meat, beans and tan pasty material. The mucosa is smooth and there is no ulceration. The small intestine, large intestine, mesentery and omentum are unremarkable. The appendix is normal.

## HEPATOBILIARY SYSTEM

The liver is 2563 grams and has normal lobulation. The red-brown, smooth surface is intact. The anterior right lobe surface has a single firm 1 cm diameter, well-circumscribed tan nodule. There are no focal lesions on the congested appearing cut surface. The intrahepatic and extrahepatic bile ducts are normally formed and there are no calculi in the ducts. The gallbladder is normally formed and filled with yellow-green bile. The mucosa is smooth and there are no calculi. The pancreas is firm, tan and lobular, and there are no focal lesions on the normal appearing cut surface.

## LYMPHORETICULAR SYSTEM

The spleen is 255 grams. The smooth, red-blue surface is intact and there are no focal lesions on the normal appearing cut surface. There is no cervical, thoracic or abdominal lymphadenopathy and the thymus is unremarkable.

## GENITOURINARY SYSTEM

FERGUS COUNTY CORONER
DISSEMINATE ONLY IN ACCORDANCE
WITH MCA AND HIPPA

The right and left kidneys are 212 and 206 grams, respectively. The capsules strip easily and the cortices of both kidneys are red and slightly granular. The cortices are sharply delineated from the medullary pyramids. Some of the calyces and pelves are slightly blunted and there are bilateral hard calculi at some of the papilla tips up to 4 mm in greatest dimension. The ureters are not dilated and are normal. The ureters traverse the retroperitoneum in the usual manner before passing through the wall of the normally formed bladder. The bladder mucosa is smooth and tan. The bladder contains approximately 180 mL of urine. The prostate is normal.

## ENDOCRINE

The right and left adrenal glands are normally formed. The golden brown cut surface is unremarkable and there are no focal lesions. The thyroid has normal lobulation and there are no focal lesions on the normal appearing cut surface. The parathyroid glands are not enlarged and the pituitary is unremarkable.

## MUSCULOSKELETAL SYSTEM

The visible portions of the axial and appendicular skeleton, musculature and soft-tissue are normal.

**EVIDENCE** The following items are collected and preserved:
- FTA card with a sample of the decedent's blood.

**CONFIDENTIAL**

## MICROSCOPIC EXAMINATION
SLIDE KEY:
    A. Spleen, pancreas, thyroid and adrenal glands
    B. Myocardium, lung, coronary artery and kidneys
    C. Liver, lung and hippocampus

CARDIOVASCULAR: The myocardium does not have any significant histopathologic abnormality.
RESPIRATORY: Pulmonary congestion and edema.
HEPTOBILIARY: The liver has prominent centrilobular congestion. Many nuclei are cleared. A nodule from the liver surface is well circumscribed, focally calcified and contains fat. The pancreas is normal.
LYMPHORETICULAR: The spleen is normal.
GENITOURINARY: The kidneys are autolyzed. There is focal calcification in the distal collecting ducts.
ENDOCRINE: The thyroid and adrenal glands are normal.
CENTRAL NERVOUS SYSTEM: The hippocampus does not have any significant histopathologic abnormality.

FERGUS COUNTY CORONER
DISSEMINATE ONLY IN ACCORDANCE
WITH MCA AND HIPPA



Montana Department of Justice
**Forensic Science Division**
2679 Palmer Street, Missoula, MT 59808
Ph. 406-728-4970  Fax 406-549-1067



CORONER RICHARD BROWN
FERGUS COUNTY CORONER
PO BOX 595
LEWISTOWN, MT 59457

**Lab Case #: FSD-17-002056**

SUBJECT: HAMILTON, STEPHEN

CC:
ROBERT KURTZMAN

## TOXICOLOGY REPORT

**EVIDENCE:**

| Item | |
|---|---|
| 001 | TOX KIT - HAMILTON, STEPHEN |

**CONFIDENTIAL**

**ALCOHOL RESULTS:**

ETHANOL - NONE DETECTED                    ANALYSIS OF SUBMITTED BLOOD SAMPLE

**DRUG CONFIRMATIONS:**

DIPHENHYDRAMINE                             DETECTED IN BLOOD AND URINE

MITRAGYNINE                                 DETECTED IN BLOOD AND URINE

GABAPENTIN                                  DETECTED IN URINE

SEE ATTACHED REPORT FROM
COMMUNITY HOSP

FERGUS COUNTY CORONER
DISSEMINATE ONLY IN ACCORDANCE
WITH MCA AND HIPPA

SEE ATTACHED REPORT FROM NMS
LABORATORY

Date of Report:  05/01/2017

*Crystal Everett*
CRYSTAL EVERETT
TOXICOLOGIST

*Scott Schlueter*
SCOTT SCHLUETER
TOXICOLOGIST

*April Mitchell*
APRIL MITCHELL
TOXICOLOGIST

*Doug Lancon*
DOUG LANCON
FORENSIC SCIENTIST

The Montana Forensic Science Division is an ASCLD/LAB - *International* (ISO/IEC 17025:2005) Accredited Testing Laboratory

Page 1 of 6

**PLEASE NOTE:** All biological specimens or other items that were submitted to the Toxicology Section in this case will be retained at this Laboratory for a period of one year at which time they will be destroyed; unless or until we receive a letter from your office stating what other action you may require. All concentrations are expressed as the expanded uncertainty at a coverage probability of 95.45% using a coverage factor of $k$=2. Caffeine, Nicotine, Cotinine, and Lidocaine are not reported by the laboratory unless specified by the Toxicology Supervisor. The Toxicology Section will provide the measurement uncertainty for all other drugs upon request. For further inquiry, please contact the Toxicology Section at DOJTOX@mt.gov.

**CONFIDENTIAL**


CORONER
DISSEMINATE ONLY IN ACCORDANCE
WITH MCA AND HIPPA

The Montana Forensic Science Division is an ASCLD/LAB - *International* (ISO/IEC 17025:2005) Accredited Testing Laboratory

Page 2 of 6

3/30/2017 6:44:24 AM IS Department 1(406)238-5769 Page 4 of 11



**COMMUNITY MEDICAL CENTER**
2827 Fort Missoula Road
Missoula, MT 59804
(406) 728-4100
CLIA# 27D0666145
Nicole M. Finke, MD , Medical Director



| | | | | |
|---|---|---|---|---|
| Patient: | HAMILTON, STEPHEN | | | |
| MRN: | CMCM09623902 | | Admit: | 3/29/2017 |
| FIN: | CMROE540053 | | Client: | Montana Division of Forensic Science - CMCM |
| DOB/Age/Sex: | 3/29/1907  110 years | Unknown | Provider: | Larson MS D-ABFT-FT,Scott J |

### Stool and Miscellaneous Fluids

| Order | Accession | Collected |
|---|---|---|
| Chloride, Fluid | 17-086-4416 | 3/27/2017 10:00 MDT |

| Test | Result | Units | Reference Range | Verified |
|---|---|---|---|---|
| Fluid Type | Other | | | 3/29/2017 22:50 MDT |
| Chloride,Fluid | 111 [1] | mEq/L | | 3/29/2017 22:49 MDT |

**Interpretive Data**
i1: Chloride, Fluid
    No established normal range.

| Order | Accession | Collected |
|---|---|---|
| Creatinine, Fluid | 17-086-4416 | 3/27/2017 10:00 MDT |

| Test | Result | Units | Reference Range | Verified |
|---|---|---|---|---|
| Fluid Type | Other | | | 3/29/2017 22:50 MDT |
| Creat,Fluid | 0.30 [1] | mg/dL | | 3/29/2017 22:49 MDT |

**Interpretive Data**
i1: Creat, Fluid
    No established normal range.

| Order | Accession | Collected |
|---|---|---|
| Glucose, Fluid | 17-086-4416 | 3/27/2017 10:00 MDT |

| Test | Result | Units | Reference Range | Verified |
|---|---|---|---|---|
| Fluid Type | Other | | | 3/29/2017 22:50 MDT |
| Glucose,Fluid | 61 [1] | mg/dL | | 3/29/2017 22:49 MDT |

**Interpretive Data**
i1: Glucose, Fluid
    No established normal range.

| Order | Accession | Collected |
|---|---|---|
| Potassium, Fluid | 17-086-4416 | 3/27/2017 10:00 MDT |

| Test | Result | Units | Reference Range | Verified |
|---|---|---|---|---|
| Fluid Type | Other | | | 3/29/2017 22:50 MDT |

L=Low H=High C=Critical @=Abnormal *=Corrected

Report Request ID: 144364152                Page 1 of 2                Print Date/Time: 3/30/2017 06:32 MDT

**FERGUS COUNTY CORONER**
DISSEMINATE ONLY IN ACCORDANCE
WITH MCA AND HIPPA

The Montana Forensic Science Division is an ASCLD/LAB - *International* (ISO/IEC 17025:2005) Accredited Testing Laboratory

Page 3 of 6



## COMMUNITY MEDICAL CENTER

Patient:   HAMILTON, STEPHEN
MRN:   CMCM09623902
FIN:   CMROE540053
DOB/Age/Sex: 3/29/1907   110 years   Unknown

Admit:   3/29/2017
Client:   Montana Division of Forensic Science - CMCM
Ordering: Larson MS D-ABFT-FT,Scott J

### Stool and Miscellaneous Fluids

**Order**
Potassium, Fluid

**Accession**
17-086-4416

**Collected**
3/27/2017 10:00 MDT

| Test | Result | Units | Reference Range | Verified |
|---|---|---|---|---|
| Potassium,Fluid | >10.0 i1 | mEq/L | | 3/29/2017 22:50 MDT |

**Interpretive Data**
i1:   Potassium, Fluid
      No established normal range.

---

**Order**
Sodium, Fluid

**Accession**
17-086-4416

**Collected**
3/27/2017 10:00 MDT

| Test | Result | Units | Reference Range | Verified |
|---|---|---|---|---|
| Fluid Type | Other | | | 3/29/2017 22:50 MDT |
| Sodium,Fluid | 135 i2 | mEq/L | | 3/29/2017 22:49 MDT |

**Interpretive Data**
i2:   Sodium, Fluid
      No established normal ranges.

**CONFIDENTIAL**

---

**Order**
Urea Nit, Fluid

**Accession**
17-086-4416

**Collected**
3/27/2017 10:00 MDT

| Test | Result | Units | Reference Range | Verified |
|---|---|---|---|---|
| Fluid Type | Other | | | 3/29/2017 22:50 MDT |
| Urea Nit,Fluid | 14 i1 | mg/dL | | 3/29/2017 22:49 MDT |

**Interpretive Data**
i1:   Urea Nit, Fluid
      No established normal range.

FERGUS COUNTY CORONER
DISSEMINATE ONLY IN ACCORDANCE
WITH MCA AND HIPPA

---

L=Low H=High C=Critical @=Abnormal *=Corrected

Report Request ID:  144364152         Page 2 of 2        Print Date/Time:  3/30/2017 06:32 MDT

The Montana Forensic Science Division is an ASCLD/LAB - *International* (ISO/IEC 17025:2005) Accredited Testing Laboratory



 **NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

Report Issued   04/25/2017 21:00

To:  20143
     Montana State Crime Lab
     2679 Palmer Street

     Missoula, MT  59808

Patient Name   HAMILTON, STEPHEN
Patient ID     FSD-17-002056
Chain          17106857
Age Not Given  DOB Not Given
Gender         Not Given
Workorder      17106857
Page 1 of 2

**CONFIDENTIAL**

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Mitragynine | 2500 | ng/mL | 001 - Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 3064B | Mitragynine, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Green Vial | 2 mL | Not Given | Blood | |

All sample volumes/weights are approximations.
Specimens received on 04/06/2017.

FERGUS COUNTY CORONER
DISSEMINATE ONLY IN ACCORDANCE
WITH MCA AND HIPPA

NMS v.16.0

The Montana Forensic Science Division is an ASCLD/LAB - *International* (ISO/IEC 17025:2005) Accredited Testing Laboratory

Continuation of Report for Lab # FSD-17-002056



**NMS**    CONFIDENTIAL

| | |
|---|---|
| Workorder | 17106857 |
| Chain | 17106857 |
| Patient ID | FSD-17-002056 |

Page 2 of 2

### Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Mitragynine | 2500 | ng/mL | 100 | 001 - Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Reference Comments:

1. Mitragynine (Kratom) - Blood:

    Mitragynine is an alkaloid found in the plant Kratom which originates from Asia. The leaves of the plant are consumed for their stimulant and analgesic effects and these effects are attributed to mitragynine. Plant extracts are sold for their medicinal use and may be subject to abuse. Adverse effects include seizures, coma, and death. Mitraynine blood concentrations listed in fatalities ranged from 20-600 ng/mL; other substances may have also been present.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 3064B - Mitragynine, Blood

-Analysis by High Performance Liquid Chromatography/ TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Mitragynine | 100 ng/mL | | |

**CONFIDENTIAL**

FERGUS COUNTY CORONER
DISSEMINATE ONLY IN ACCORDANCE
WITH MCA AND HIPPA

NMS v.16.0

The Montana Forensic Science Division is an ASCLD/LAB - *International* (ISO/IEC 17025:2005) Accredited Testing Laboratory

Page 6 of 6