IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEPHANIE CATARAHA, as the personal representative of the Estate of STEPHEN HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>ELEMENTAL PRISM, LLC, Herb Stomp,<br><br>Defendant. | CV-17-128-GF-BMM-JTJ<br><br>**ORDER** |

The Court has been informed that this case has settled at a settlement conference conducted by Magistrate Judge John Johnston on November 13, 2019, 2019. (Doc. 74.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in the case are **VACATED** and all motions **TERMINATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before **December 18, 2019**, or show good cause for their failure to do so.

DATED this 18th day of November, 2019.

_____
Brian Morris
United States District Court Judge