# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STEPHANIE CATARAHA, as the personal representative of the Estate of STEPHEN HAMILTON,<br><br>Plaintiff,<br>v.<br><br>ELEMENTAL PRISM, LLC, Herb Stomp<br><br>Defendant, | Case No.CV-17-128-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice entered between counsel for the respective parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the claims asserted or attempted to be asserted by each party against the other in the above-entitled action are hereby dismissed, with prejudice, each party to pay their own costs and fees.

DATED this 5th day December, 2019.

_____
Brian Morris
United States District Court Judge